**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-20454-CR-BLOOM/TORRES**

**UNITED STATES OF AMERICA,**

**v.**

**ALDO NESTOR MARCHENA,**
      **Defendant.**
_____/

**NOTICE OF APPEARANCE**

      The Defendant, ALDO NESTOR MARCHENA, through undersigned counsel, JOSE O. CASTANEDA JR., respectfully submits this Notice of Appearance, requesting that counsel for Defendant, JOSE O. CASTANEDA JR., be informed of all future filings in the above captioned case.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to The United States of America Assistant United States Attorney, Eli S. Rubin, at eli.rubin@usdoj.gov, via CM/ECF on this 15th day of May 2024.

      Respectfully submitted,

      **CASTAÑEDA LAW GROUP**
      P.O. Box 8040
      Coral Springs, FL 33075
      Phone No: (954) 786-3790
      Fax: (866) 806-9786
      E Service: service@thetrialfirm.com;
              law@josecastaneda.com

      ***s/ JOSE O. CASTANEDA JR.***
      Jose O. Castaneda, Esq.
      Florida Bar No: 532401