UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA,

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA, and
FRANCISCO ROBERTO COSENZA CENTENO,

                                 Defendants.
_____/

**NOTICE OF APPEARANCE**

      **COMES NOW** the United States of America and gives notice that Bennett Starnes will appear in the above-captioned case for the limited purpose of representing the Filter Team. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below. All other counsel of record for the United States shall remain as attorneys of notice.

This the 5th day of July, 2024

                                 Respectfully submitted,

                                 GLENN LEON, CHIEF
                                 CRIMINAL DIVISION, FRAUD SECTION
                                 U.S. DEPARTMENT OF JUSTICE

             By:    */s/ Bennett P. Starnes*
                     BENNETT P. STARNES (FL Bar # A5502783)
                     Trial Attorney
                     United States Department of Justice
                     Criminal Division, Fraud Section
                     Special Matters Unit
                     1400 New York Avenue NW
                     Washington, DC 20530
                     Tel: (202) 616-2684
                     Bennett.Starnes@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that, on July 5th, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Bennett P. Starnes*
BENNETT P. STARNES
Trial Attorney, Fraud Section
