**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20454-CR-BECERRA**

**UNITED STATES OF AMERICA**

**vs.**

**CARL ALAN ZAGLIN,**
**ALDO NESTOR MARCHENA,**
**FRANCISCO ROBERTO COSENZA CENTENO,**

                               **Defendants.**

_____/

**NOTICE OF APPEARANCE**

COMES NOW, the United States of America, by and through the undersigned Department

of Justice Trial Attorney, hereby gives notice that Department of Justice Trial Attorney, Shalin

Nohria, has been assigned to the above-captioned case.

                              Respectfully submitted,

                              GLENN S. LEON
                              CHIEF, FRAUD SECTION
                              CRIMINAL DIVISION
                              DEPARTMENT OF JUSTICE

                              /s/ *Shalin Nohria*_____
                              Shalin Nohria
                              Trial Attorney
                              D.C. Bar 1644392
                              Criminal Division, Fraud Section
                              U.S. Department of Justice
                              1400 New York Avenue, N.W.
                              Washington, D.C. 20005
                              Phone: (202) 355-5704
                              Shalin.Nohria2@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on February 4, 2025, I electronically filed and served this document

via CM/ECF.

/s/ *Shalin Nohria*
Shalin Nohria
Trial Attorney
D.C. Bar 1644392
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 355-5704
Shalin.Nohria2@usdoj.gov