UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

        **Defendants.**
_____/

**STATUS REPORT**

      The United States of America, by and through its undersigned counsel, respectfully submits this status report per the Court's Order of February 18, 2025. Dkt. No. 109. This matter is undergoing priority review pursuant to the President's February 10, 2025, Executive Order (Exec. Order No. 14,209, 90 Fed. Reg. 9, 587 (Feb. 14, 2025)). The government will provide the Court with another update concerning the status of the review no later than March 18, 2025.

| | |
|---|---|
| GLENN S. LEON | HAYDEN P. O'BYRNE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| CRIMINAL DIVISION | SOUTHERN DISTRICT OF FLORIDA |
| U.S. DEPARTMENT OF JUSTICE | |
| | |
| BY:  /s/ Peter L. Cooch | BY:  /s/ Eli S. Rubin |
| Peter L. Cooch | Eli S. Rubin |
| Shalin Nohria | Assistant United States Attorney |
| Trial Attorneys | Court ID No. A5503535 |
| Court ID No. A5502804 | 99 N.E. 4th Street |
| 1400 New York Avenue, NW | Miami, Florida 33132 |
| Washington, DC 20005 | (305) 961-9247 |
| (202) 924-6259 | Eli.Rubin@usdoj.gov |
| Peter.Cooch@usdoj.gov | |