UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20454-CR-BECERRA

UNITED STATES OF AMERICA

vs.

CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,

**Defendants.**
_____/

## STATUS REPORT

The United States of America, by and through its undersigned counsel, respectfully submits this status report per the Court's Order of February 18, 2025. Dkt. No. 109. This matter continues to undergo priority review pursuant to the President's February 10, 2025, Executive Order (Exec. Order No. 14,209, 90 Fed. Reg. 9, 587 (Feb. 14, 2025)). Due to the ongoing review and to allow the Defendants additional time to review discovery and prepare for trial, the Government has filed a joint motion to continue trial, continue calendar call, and exclude time under the Speedy Trial Act. *See* Dkt. No. 115.

| | |
|---|---|
| LORINDA LARYEA | HAYDEN O'BYRNE |
| ACTING CHIEF, FRAUD SECTION | United States Attorney |
| Criminal Division | Southern District of Florida |
| U.S. Department of Justice | |
| | |
| By: /s/_____ | By: /s/_____ |
| Peter L. Cooch | Eli S. Rubin |
| Shalin Nohria | Assistant United States Attorney |
| Trial Attorneys | United States Attorney's Office |
| Criminal Division, Fraud Section | 99 NE 4th Street |
| U.S. Department of Justice | Miami, Florida 33133 |
| 1400 New York Ave. NW | Tel: (305) 961-9247 |
| Washington, DC 20005 | Email: eli.rubin@usdoj.gov |
| Tel: (202) 924-6259 | Court ID No. A5503535 |
| Email: peter.cooch@usdoj.gov | |

Email: shalin.nohria2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

/s/
Eli S. Rubin
Assistant United States Attorney