UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-20454-CR-BECERRA</u>

UNITED STATES OF AMERICA

vs.

**CARL ALAN ZAGLIN,
ALDO NESTOR MARCHENA,
FRANCISCO ROBERTO COSENZA CENTENO,**

      **Defendants.**
                  /

## STATUS REPORT

   The United States of America, by and through its undersigned counsel, respectfully submits this status report per the Court's Order of February 18, 2025. Dkt. No. 109. This matter continues to undergo priority review pursuant to the President's February 10, 2025, Executive Order (Exec. Order No. 14,209, 90 Fed. Reg. 9, 587 (Feb. 14, 2025)).

| | |
|---|---|
| LORINDA LARYEA<br>ACTING CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice | HAYDEN O'BYRNE<br>United States Attorney<br>Southern District of Florida |
| By: /s/ Peter L. Cooch<br>   Peter L. Cooch<br>   Shalin Nohria<br>   Trial Attorneys<br>   Criminal Division, Fraud Section<br>   U.S. Department of Justice<br>   1400 New York Ave. NW<br>   Washington, DC 20005<br>   Tel: (202) 924-6259<br>   Email: peter.cooch@usdoj.gov<br>   Email: shalin.nohria2@usdoj.gov | By: /s/ Eli S. Rubin<br>   Eli S. Rubin<br>   Assistant United States Attorney<br>   United States Attorney's Office<br>   99 NE 4th Street<br>   Miami, Florida 33133<br>   Tel: (305) 961-9247<br>   Email: eli.rubin@usdoj.gov<br>   Court ID No. A5503535 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 1, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

                                              /s/ Eli S. Rubin
                                              Eli S. Rubin
                                              Assistant United States Attorney