# MINUTE ORDER

Page 5

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor   Date: 7/24/25   Time: 2:00 p.m.

Defendant: Carlos Alan Zaglin et al,   J#: _____   Case #: 23-CR-20454-BECERRA
AUSA: Eli Rubin   Attorney: _____
Violation: Consp to Violate the Foreign Corrupt Practices Act. Violation of the Foreign Corrupt Practices Act. Consp to Commit Money laundering.   Surr/Arrest Date: _____   YOB: _____
Proceeding: Report RE: Appointment of Counsel   CJA Appt: Dustin Tischler, Esq.
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: _____
Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: _____

Disposition:
- Witness speaks English
- Govts prospective trial witness, Steven Ortiz present

The Court conducted a colloquy with Mr. Ortiz and finds the witness qualified for Court Appointed Counsel.

CJA is Appointed

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 15:40:32   Time in Court: 7 Minutes

s/Eduardo I. Sanchez   Magistrate Judge